DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GARRETT LEE AVANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2089

_____

August 14, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
DeSoto County; Don T. Hall, Judge.

Garrett Lee Avant, pro se.

PER CURIAM.

　　Affirmed.


LUCAS, C.J., and MORRIS and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.